IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHANTA S. MANSFIELD MITCHELL                              PLAINTIFF

v.                          No. 2:15-cv-117-DPM

STATE FARM FIRE AND CASUALTY COMPANY              DEFENDANT

ORDER

Mitchell has stipulated, № 14, to capping her potential recovery at an amount less than the jurisdictional minimum. This case is remanded to the Circuit Court of Phillips County for want of subject matter jurisdiction.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 August 2015